MARION E. FOLEY v. NORTHBROOK EXCESS AND SURPLUS
INSURANCE COMPANY.

July 12, 1984.

Petition for certification denied.

BETTY JANE COTTRELL v. GERALD MCCARTHY.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. SHELDON KREPS.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFREDO THORNE.

July 12, 1984.

Petition for certification denied.